[No. 13255-5-I. Division One. December 12, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. CAROLYN
E. STREMLER, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 82-1-00058-5, Byron L. Swedberg, J.,
entered May 26, 1983. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Callow and Ringold, JJ.

[No. 13812-0-I. Division One. December 12, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. MERLE
J. WOOD, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 83-1-01201-1, Rosselle Pekelis, J., entered
September 16, 1983. *Reversed* by unpublished opinion per
Williams, J., concurred in by Durham, C.J., and Scholfield,
J.

[No. 13823-5-I. Division One. December 12, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. GLENIS
BOSWELL MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 83-1-00927-4, Anthony P. Wartnik, J.,
entered August 29, 1983. *Affirmed* by unpublished opinion
per Corbett, J., concurred in by Durham, C.J., and Ringold,
J.